1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MARTINEZ-HERNANDEZ

6

7
                 IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,            )   No. CR 10-00760 LHK
                                        )
12              Plaintiff,              )   STIPULATION AND [PROPOSED]
                                        )   ORDER CONTINUING HEARING DATE
13 vs.                                  )   AND EXCLUDING TIME UNDER THE
                                        )   SPEEDY TRIAL ACT
14 MIGUEL MARTINEZ-HERNANDEZ,           )
                                        )
15              Defendant.              )
                                        )
16

17                            **STIPULATION**

18       Defendant Miguel Martinez-Hernandez, by and through Assistant Federal Public

19 Defender Varell L. Fuller, and the United States, by and through Special Assistant United States

20 Attorney Bradley D. Price, hereby stipulate that, with the Court's approval, the status hearing

21 currently set for Wednesday, December 1, 2010, at 10:00 a.m., shall be continued to Wednesday,

22 January 5, 2011, at 10:00 a.m.

23       The reason for the requested continuance is to permit defense counsel additional time to

24 meet with Mr. Martinez-Hernandez with a certified Spanish language interpreter to discuss the

25 proposed fast-track disposition and to conduct further defense investigation into Mr. Martinez-

26 Hernandez's prior convictions.

Stipulation and [Proposed] Order Continuing
Hearing                                        1

The parties agree that the time between December 1, 2010, and January 5, 2011, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

Dated:  November 30, 2010

                                              /s/
                                        VARELL L. FULLER
                                        Assistant Federal Public Defender

Dated:  November 30, 2010              /s/
                                        BRADLEY D. PRICE
                                        Special Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Wednesday, December 1, 2010, shall be continued to Wednesday, January 5, 2011 at 10:00 a.m.

THE COURT FINDS that failing to exclude the time between December 1, 2010, and January 5, 2011, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between December 1, 2010, and January 5, 2011, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between December 1, 2010, and January 5, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  11/30/2010

                                        *Lucy H. Koh*
                                        THE HONORABLE LUCY H. KOH
                                        United States District Court Judge